for further proceedings consistent with this opinion.

Former Chief Justice FLAHERTY did not participate in the decision of this case.

■

COMMONWEALTH of Pennsylvania, Appellee,

v.

FUNDS IN MERRILL LYNCH ACCOUNT, Owned By Rennick Peart Nos. 870–56483 and 870–67056; Funds in Corestates Bank Account, Owned by Rennick Peart No. 20608485; Funds in Fidelity Bank Corp. Owned by Rennick Peart and S And S Records, Inc., No. 307827; Funds in Germantown Bank, Owned by Rennick Peart, No. 30–907735; $1338.00; U.S. Currency Seized From Rennick Peart and Listed in PR # 510589; $10,283.00; U.S. Currency Seized From Rennick Peart and Listed On PR # 10591; Miscellaneous Jewelry Seized from Rennick Peart and Listed On PR # 510593; Real Property and Improvements Known as 5703 Chester Ave, ex rel Rennick Peart; Rennick Peart, Appellant.

Supreme Court of Pennsylvania.

March 21, 2002.

## ORDER

PER CURIAM:

AND NOW, This 21st day of March 2002 the appeals are DISMISSED as having been improvidently granted.

■

Barbara J. ERNSBERGER, Appellant

v.

ALLEGHENY 2000 CITIZENS COMMITTEE, INC., Brabender Cox Political Inc., David Matter, John Brabender, John Verbanac and James Turner, Appellees.

Supreme Court of Pennsylvania.

Argued March 4, 2002.
Decided March 22, 2002.

Michael Rosenfield, Pittsburgh, for appellant, Barbara J. Ernsberger.

Perry Anthony Napolitano, Pittsburgh, for appellee, Allegheny 2000 Citizens Committee, Inc.

Heather S. Heidelbaugh, Eugene A. Giotto, Joseph Sabino Mistick, Pittsburgh, for appellee, David Matter.

Timothy Joseph Burdette, Pittsburgh, for appellee, James Turner.

Albert P. Caruso, Pittsburgh, for appellees, Brabender Cox Political, John Brabender and John Verbanac.